ATKINSON, ANDELSON, LOYA, RUUD & ROMO
Patrick A. Gunn, State Bar No. 138729
A Professional Corporation
5776 Stoneridge Mall Road, Suite 200
Pleasanton, California 94588
Telephone: (925) 227-9200
Facsimile: (925) 227-9202

Attorneys for Defendant
NATOMAS UNIFIED SCHOOL DISTRICT

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>NATOMAS UNIFIED SCHOOL DISTRICT,<br><br>Defendant.<br><br>AND RELATED CROSS-ACTIONS | CASE NO.:   CIV. S-04-1986 LKK DAD<br><br>**STIPULATION TO CONTINUE HEARING ON ST. PAUL'S MOTION TO DISMISS THE THIRD, FOURTH, AND FIFTH COUNTERCLAIMS IN FIRST AMENDED COUNTERCLAIM OF THE NATOMAS UNIFIED SCHOOL DISTRICT; ORDER CONTINUING HEARING AND SETTING BRIEFING SCHEDULE**<br><br>DATE:   June 13, 2005<br>TIME:   10:00 a.m.<br>DEPT:   Courtroom No. 4<br>JUDGE:  Hon. Lawrence K. Karlton<br>TRIAL:  August 26, 2006 |

By their respective attorneys of record, the Plaintiff ST. PAUL FIRE AND MARINE INSURANCE COMPANY ("St. Paul"), and Defendant NATOMAS UNIFIED SCHOOL DISTRICT ("Natomas") hereby stipulate to continue the hearing on St. Paul's Motion to Dismiss the Third, Fourth, and Fifth Counterclaims in First Amended Counterclaim of the Natomas Unified School District, currently set for hearing on June 13, 2005, to the Court's next available hearing date, July 18, 2005 at 10:00 a.m. in Courtroom 4, the Honorable Lawrence K. Karlton presiding. This stipulation is entered into for good cause due to pre-existing calendar commitments of counsel which cannot be rescheduled.

STIPULATION TO CONTINUE HEARING ON ST. PAUL'S MOTION TO DISMISS THE THIRD, FOURTH, AND FIFTH COUNTERCLAIMS IN FIRST AMENDED COUNTERCLAIM OF THE NATOMAS UNIFIED SCHOOL DISTRICT; ORDER CONTINUING HEARING:  CASE NO. CIV S-04-1986 LKK (DAD)

005486.00014/78036v1

1  St. Paul and Natomas further stipulate that Natomas' opposition papers shall be filed and
2  served on or before June 17, 2005, and that St. Paul's reply papers shall be filed and served on or
3  by July 6, 2005

4  SO STIPULATED.

5  Dated: May 20, 2005                    ATKINSON, ANDELSON, LOYA,
                                          RUUD & ROMO

8                                         By:  /s/
                                               Patrick A. Gunn
9                                         Attorneys for Defendant
                                          NATOMAS UNIFIED SCHOOL DISTRICT

10 Dated: May 19, 2005                    WOLKIN • CURRAN, LLP

12                                        By:  /s/
                                               James D. Curran
13                                             Donald J. Colucci
                                               Dawn A. Silberstein
14                                             Daniel C. Welch

15                                        Attorneys for Defendant
                                          ST. PAUL FIRE AND MARINE
16                                        INSURANCE COMPANY

18  BASED UPON THE STIPULATION OF COUNSEL AND GOOD CAUSE
19 APPEARING THEREFORE:

20  IT IS HEREBY ORDERED that the hearing regarding St. Paul's Motion to Dismiss the
21 Third, Fourth, and Fifth Counterclaims in First Amended Counterclaim of the Natomas Unified
22 School District is continued from June 13, 2005 to July 18, 2005 at 10:00 a.m. All opposition
23 papers shall be filed and served on or by June 17, 2005, and all reply papers shall be filed and
24 served on or by July 6, 2005.

25 Dated: May 24, 2005

26                                        /s/Lawrence K. Karlton
                                          Hon. Lawrence K. Karlton
27                                        Senior Judge

28
-2-
STIPULATION TO CONTINUE HEARING ON ST. PAUL'S MOTION TO DISMISS THE THIRD, FOURTH,
AND FIFTH COUNTERCLAIMS IN FIRST AMENDED COUNTERCLAIM OF THE NATOMAS UNIFIED
SCHOOL DISTRICT; ORDER CONTINUING HEARING:  CASE NO. CIV S-04-1986 LKK (DAD)

005486.00014/78036v1